APRIL 7, 1943

No. 5849.——*Pacific Trading Co. et al.* v. *United States.* Entered at San Francisco, Calif. Reap. Dec. 5815. Motion by plaintiffs.

## T. E. ASH *v.* UNITED STATES

No. 5850.—Invoice dated Berlin, Germany, September 10, 1929.
Certified September 11, 1929.
Entered at Houston, Tex., October 14, 1929.
Entry No. 458–H.

(Decided April 16, 1943)

*Ira P. Jones, Jr.,* for the plaintiff.
*Paul P. Rao,* Assistant Attorney General (*John J. McDermott,* special attorney), for the defendant.

TILSON, Judge: When this appeal was called for hearing at Houston, Tex., the same was submitted upon the official papers by counsel for the plaintiff without the introduction of any evidence. An examination of the record fails to disclose any reason for disturbing the action of the appraiser, and the appeal is, therefore, dismissed. Judgment will be rendered accordingly.